UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CABRAL,<br>    Plaintiff,<br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No. 2:18-cv-08741-GW-GJS<br><br>[~~PROPOSED~~]<br>JUDGMENT OF REMAND |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 3, 2019

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE