UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| MARTHA CABRAL, | ) | CASE NO. CV-18-8741-GJS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | AWARDING ATTORNEY'S |
| v. | ) | FEES AND COSTS PURSUANT |
| | ) | TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT, 28 U.S.C. |
| NANCY A. BERRYHILL, | ) | § 2412(d) |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

Justice Act in the amount of FOUR-THOUSAND NINE-HUNDRED NINETY-

NINE DOLLARS and 68 CENTS ($4,999.68), as authorized by 28 U.S.C. §

2412(d), and no costs subject to the terms of the Stipulation.

DATED: June 4, 2019

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-